# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| STEVEN DE LA VEGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STERLING JEWELERS INC dba JARED THE GALLERIA OF JEWELRY #2516, a Delaware Corporation; and DOES 1 THROUGH 10; inclusive,<br><br>Defendants. | Case No. 8:17-cv- 00440-JVS (KESx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 19, 2017<br>Trial Date: None Set<br>District Judge: Hon. James V. Selna<br>Magistrate Judge: Hon. Karen E. Scott |

De La Vega - Order on FED Stip to

ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

Based upon the Parties' Joint Stipulation of Dismissal of Action With Prejudice, this Court finds good cause for such an order and issues an order as follows:

**IT IS HEREBY ORDERED.**

1. This entire matter is hereby dismissed with prejudice; and
2. Each party will bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 27, 2020    By: _/s/ James V. Selna_
Honorable James V. Selna

# PROOF OF SERVICE
*Steven de la Vega v. Sterling Jewelers, Inc., et al.*
Case No. 8:17-cv-00440-JVS (KESx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, CA 92626.

On April 27, 2020, I served the following document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 27, 2020, at Costa Mesa, CA.

Dianna Kinnamon
Type or Print Name                              Signature

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

**SERVICE LIST**
*Steven de la Vega v. Sterling Jewelers, Inc., et al.*
Case No. 8:17-cv-00440-JVS (KESx)

| | |
|---|---|
| David P. Myers (SBN 206137)<br>Ann Hendrix (SBN 258285)<br>Jason Hatcher (SBN 285481)<br>Robert M. Kitson (SBN 214091)<br>Justin M. Crane (SBN 251107)<br>**THE MYERS LAW GROUP, A.P.C.**<br>9327 Fairway View Place, Ste. 100<br>Rancho Cucamonga, CA  91730<br>Telephone:   (909) 919-2027<br>Facsimile:    (888) 375-2102<br>dmyers@myerslawgroup.com<br>rkitson@myerslawgroup.com<br>jhatcher@myerslawgroup.com | Attorneys for Plaintiff<br>STEVEN DE LA VEGA |

42486792.1

3
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE